**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

May 17, 2013

**VIA ECF**
The Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   Zweibel v. Rubin
      13 CV 1407 (ILG) (RML)

Dear Magistrate Judge Levy:

I represent the plaintiff in the above matter.  Please be advised that the above matter has settled on even date.  Plaintiff requests that the conference scheduled for July be adjourned.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein